UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

    Plaintiff,

vs.                                                             Case No. 6:24-cv-00565-GAP-LHP

**SKYGROUP INVESTMENTS, LLC,
d/b/a IFLY ORLANDO, a Florida
limited liability company,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

    Dated: May 17, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Lead Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email duranandassociates@gmail.com |

By  *s/ Roderick V. Hannah*          By   *s/ Pelayo M. Duran*
    RODERICK V. HANNAH           PELAYO M. DURAN
    Fla. Bar No. 435384               Fla. Bar No. 0146595

**SEYFARTH SHAW LLP**
Counsel for Defendant
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
T. 404/885-1500
E-mail: kyoung@seyfarth.com

By   *s/ Kevin M. Young*
    Kevin M. Young
    Fla. Bar No. 114151